IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MORRIS E. TUREK, individually, and on Behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>BADOO AGGREGATION AMERICA, INC. and BADOO TRADING LIMITED,<br><br>   Defendants. | Case No: 4:14-CV-01304-ERW |

## MEMORANDUM OF DISMISSAL

Comes now Plaintiff Morris E. Turek, by his undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1), and hereby dismisses this action in its entirety without prejudice.

                                                          BUTSCH ROBERTS & ASSOCIATES LLC

                                                          By:  /s/  David T. Butsch
                                                            David T. Butsch #37539MO
                                                             231 South Bemiston Ave., Suite 260
                                                             Clayton, MO 63105
                                                            (314) 863-5700 (telephone)
                                                           (314) 863-5711 (fax)
                                                           butsch@butschroberts.com

                                                           Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of September, 2014, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

    /s/ David T. Butsch